## 53909. JOHNSTON-WILLIS HOSPITAL, INC. v. CAIN.

DEEN, Presiding Judge.

The denial of a motion for summary judgment is not subject to review by direct appeal except on the grant of permission to appeal as set out in Code Ann. § 6-701 (a) 2. Code Ann. § 81A-156; *Bank of Commerce v. Williams,* 138 Ga. App. 666 (227 SE2d 95).

*Appeal dismissed. Webb and Marshall, JJ., concur.*

SUBMITTED MAY 5, 1977 —DECIDED
MAY 13, 1977.

*Robert S. Windholz,* for appellant.
*Cheeley & Chandler, Joseph Cheeley,* for appellee.